

NUMBER 13-13-00582-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF WAELDER, TEXAS,                                                              Appellant,

v.

LARRY STAMPS,                                                                          Appellee.

## On Appeal from the 25th District Court
## of Gonzales County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on February 10, 2014 pursuant to an agreed

motion to abate the appeal for purposes of settlement. This cause is now before the

Court on appellant's agreed motion to dismiss the appeal on grounds that the parties

have resolved the issues before the Court and no longer wish to pursue the litigation. By

agreement, the parties request that this Court dismiss the appeal. Accordingly, this case

is hereby REINSTATED.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of April, 2014.